# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC.

        Plaintiff,

vs.

AARON & PATERNOSTER, LTD. and MATTHEW AARON,

        Defendants.

Case No. 2:11-cv-00254-KJD-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed February 15, 2011.  Defendants filed their Answer (#11) on March 28, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 26, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 16th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge