Steven M. McCartan
Lathrop & Gage LLP
2345 Grand Boulevard
Suite 2200
Kansas City, MO  64108
smccartan@lathropgage.com
Phone: (816) 292-2000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC., <br><br>        Plaintiff, <br>v. <br><br>AARON & PATERNOSTER, LTD., and MATTHEW E. AARON, <br>        Defendants, <br>_____ <br>AARON & PATERNOSTER, LTD., and MATTHEW E. AARON, <br><br>        Counterclaimants, <br>v. <br><br>YELLOW BOOK SALES AND DISTRIBUTION, INC., <br><br>        Counterdefendants | CASE NO. 2:11-CV-00254 KJD-GWF <br><br>**STIPULATION   RELATED   TO** <br>**AGREED JUDGMENT** |

IT IS HEREBY STIPULATED by and between Plaintiff Yellowbook Sales and Distribution Company, Inc. ("Plaintiff" or "Yellowbook"), Defendant Matthew Aaron, an individual, and Defendant Aaron & Paternoster, Ltd, a Nevada corporation (collectively referred to as the "Defendants"), that the Court enter Judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $186,000, pursuant to the parties' February

18277536v2

2012 Settlement Agreement (hereinafter the "February, 2012 Settlement Agreement"). The parties further state that:

### PAYMENT OF INSTALLMENTS PURSUANT TO SETTLEMENT

1. Defendants have agreed to pay, and Plaintiff agrees to accept, a fixed sum as settlement in full and defined as the Total Settlement Amount pursuant to the express terms of the February, 2012 Settlement Agreement.

2. Defendants shall pay the Total Settlement Amount to Plaintiff by making monthly installment payments as set forth in the February, 2012 Settlement Agreement.

3. Upon payment of the Total Settlement Amount, Plaintiff shall cause this matter to be dismissed.

### CONSEQUENCES OF DEFAULT

4. If Defendants Default—as defined in the February, 2012 Settlement Agreement—and fail to cure, Plaintiff shall be entitled to seek entry of judgment against Defendants pursuant to the terms of this Stipulation and the February, 2012 Settlement Agreement for: (a) $50,000, (b) plus whatever amounts remain unpaid under the Settlement Agreement; (c) prejudgment interest at the set forth in N.R.S. § 17.130 from the Date of Default until Plaintiff has been paid; and (d) Plaintiff's reasonable attorneys' fees and costs incurred in (i) enforcing the February, 2012 Settlement Agreement, and (ii) securing a judgment pursuant to this Stipulation.

18277536v2

5. Any notice provided under this stipulation to Defendants shall be given to Defendants' counsel Charles L. Geisendorf and Matthew E. Aaron by facsimile, email, and U.S. Mail at Aaron & Paternoster, Ltd., 2300 West Sahara Avenue, Suite 650, Box 30, Las Vegas, Nevada **89102**, Fax No. (702) 387-9739, and chuck@aaronpaternoster.com; m_e_aaron@yahoo.com.

6. Defendants agree that Plaintiff may use this stipulation as an exhibit to its request for judgment in the event that Defendants default on any obligation created by the February, 2012 Agreement or this stipulation.

7. Defendants shall be jointly and severally liable for all amounts due and owing to Plaintiff.

8. If both Defendants file for bankruptcy prior to payment of the full Settlement Amount, Defendants agree that Yellowbook shall be permitted to file a proof of claim in the amount of $359,578.80, less whatever payments Defendants have made under this Settlement Agreement.

9. Defendants waive the right to appeal any judgment entered pursuant to this stipulation.

IT IS SO STIPULATED.

18277536v2

- 3 -

| | | |
|---|---|---|
| 1 | **LATHROP & GAGE LLP** | **AARON & PATERNOSTER, LLP** |
| 2 | | |
| 3 | | |
| 4 | */s/ Steven M. McCartan* | */s/ Matthew E. Aaron* |
|   | Steven M. McCartan | Matthew E. Aaron, Esquire |
|   | Admitted Pro Hac Vice 5/19/11 | Nevada Bar #004900 |
| 5 | 2345 Grand Boulevard | 2300 W. Sahara Avenue, Suite 650 |
|   | Suite 2200 | Las Vegas, Nevada  89102 |
| 6 | Kansas City, MO   64108 | Attorney for Defendants |
| 7 | Attorney for Plaintiff | |

18277536v2

- 4 -

**ORDER**

It is so ordered.

Dated: _____

_____
U.S. DISTRICT COURT JUDGE

2/15/12

18277536v2

1

PLAINTIFF YELLOW BOOK SALES AND DISTRIBUTION COMPANY INC.'S ANSWER TO DEFENDANT PETER STEPHENS' COUNTERCLAIM

18277536v2